# FEDERAL PUBLIC DEFENDER
## DISTRICT OF NEW JERSEY

K. ANTHONY THOMAS, FEDERAL PUBLIC DEFENDER

22 SOUTH CLINTON AVENUE • STATION PLAZA 4, FOURTH FLOOR • TRENTON, NEW JERSEY 08609 • (609) 989-2160

September 25, 2025

Honorable Robert A. Kirsch  (Via Email & ECF)
United States District Judge
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**RE:** **United States v. Ford Graham**
**Crim. No. 24-188 (RK)**

Dear Judge Kirsch,

Please except this letter in lieu of a more formal brief as a request for an extension of time to disclose the draft presentence report pursuant to Fed. R. Crim. P. 32(b)(2).

On September 12, 2025, Mr. Graham was hospitalized after sustaining injuries from a medical episode at his home. As a result, Mr. Graham was admitted and underwent emergency surgery. He is currently recovering from his injuries and receiving treatment.

Due to his hospitalization, defense counsel has been unable to provide probation with the necessary documents and record releases required to draft an accurate and complete presentence report.

As such, Mr. Graham respectfully requests an additional two weeks to provide probation the necessary documentation.

The Court's consideration is greatly appreciated.

Sincerely,
*s/Saverio A. Viggiano*
Saverio A. Viggiano
Assistant Federal Public Defender

cc:   Patricia Markey, Court Clerk
      Marth Nye, AUSA
      Daniel J. Carney